CFPB for the identical conduct alleged in this proceeding.

===================================================================
DECLARATION UNDER PENALTY OF PERJURY
===================================================================

I, PARIS BACCHUS, individually and on behalf of The Fairy's Elderberry LLC, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the financial information provided in this Application is true and correct to the best of my knowledge, information, and belief.

I understand that knowingly providing false financial information in this Application is punishable as a federal crime under 18 U.S.C. Section 1001 and may result in dismissal of this action and imposition of sanctions.

Dated: June 1st, 2026

_____
PARIS BACCHUS
Individually and on behalf of
The Fairy's Elderberry LLC
Petitioner, Pro Se
260 Loraine Drive, Apartment 107
Altamonte Springs, Florida 32714
Telephone: (407) 588-0050
Email: pariselderbeary19@gmail.com

===================================================================
NOTARY ACKNOWLEDGMENT
===================================================================

STATE OF FLORIDA        )
                        )  ss.
COUNTY OF SEMINOLE      )

Sworn to and subscribed before me this __1__ day of __June__, 2026, by PARIS BACCHUS, who is personally known to me / who has produced

_Fl Driver License_ as identification.

arbitration agreement, such arbitrator to have demonstrated expertise in commercial disputes, payment processing, and financial services;

C.   DIRECTING that the arbitration proceed under the AAA Commercial Arbitration Rules (2021 Edition) or such other rules as this Court deems appropriate;

D.   DIRECTING that Respondents bear the full costs of arbitration, consistent with the fee-shifting provision in the October 2021 Terms of Service ("Square will pay all arbitration fees");

E.   DIRECTING that Respondents identify all counsel of record within fourteen (14) days of the date of the Court's Order, pursuant to Fed. R. Civ. P. 11;

F.   DIRECTING that the arbitrator appointed by this Court enter a preliminary scheduling order within thirty (30) days of appointment;

G.   WAIVING the Court filing fee pursuant to 28 U.S.C. Section 1915, upon approval of Petitioner's concurrently filed Application to Proceed In Forma Pauperis; and

H.   Granting such other and further relief as this Court deems just, proper, and equitable.


Respectfully submitted,

_____ 6/1/26

PARIS BACCHUS
Petitioner, Pro Se
260 Loraine Drive, Apartment 107
Altamonte Springs, Florida 32714
Telephone: (407) 588-0050
Email: pariselderbeary19@gmail.com


================================================================
                        VERIFICATION
================================================================

STATE OF FLORIDA        )
                        )  ss.
COUNTY OF SEMINOLE      )

I, PARIS BACCHUS, being first duly sworn, depose and state under oath as follows:

1.    I am the Petitioner in this action. I am competent to testify to the matters stated herein.

2.    I have read the foregoing Verified Petition to Compel Arbitration and for Appointment of Arbitrator in its entirety. Every factual statement contained therein is true and correct to the best of my personal knowledge, information, and belief.

3.    I make this verification under penalty of perjury pursuant to 28 U.S.C. Section 1746 and the laws of the State of Florida and the United States of America. I am fully aware that false statements herein are punishable under 18 U.S.C. Section 1621 (perjury) and 18 U.S.C. Section 1001 (false statements to a federal tribunal).

4.    If any statement contained in this Petition or its supporting Declaration is proven to be false, I invite the full weight of federal criminal prosecution.

5.    I submit this verification freely, voluntarily, and with full knowledge of the consequences of perjury.

_____
Paris Bacchus, Petitioner
Pro Se

Sworn to and subscribed before me this ___/___ day of _____June_____, 2026.

_____
Notary Public, State of Florida
My Commission Expires: _10/23/2029_
[NOTARY SEAL]

NICOLE RIVERA
Notary Public - State of Florida
Commission # HH 734272
My Comm. Expires Oct 23, 2029

Witness No. 1:
_____
Printed Name: _Marie Watkins_
Address: _955 W State Rd 436 Altamontesprings FL 3274_
Date: _6/1/26_

Witness No. 2:

Tristan Swain

Printed Name: _Tristan S._

Address: _955 W. SR 436 #1000 Altamonte Springs, Fl 32714_

Date: _6-1-2026_

================================================================
## CERTIFICATE OF SERVICE
================================================================

I HEREBY CERTIFY that on _June 1st_____, 2026, a true and correct copy of the foregoing VERIFIED PETITION TO COMPEL ARBITRATION AND FOR APPOINTMENT OF ARBITRATOR, together with all exhibits and attachments, was served upon the following parties and interested persons by the methods indicated:

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

    Block, Inc. (f/k/a Square, Inc.)
    c/o The Corporation Trust Company
    1209 Orange Street, Corporation Trust Center
    Wilmington, Delaware 19801

    Block, Inc. (f/k/a Square, Inc.)
    c/o C T Corporation System
    1200 South Pine Island Road
    Plantation, Florida 33324

    Square Capital, LLC
    c/o C T Corporation System
    330 North Brand Boulevard, Suite 700
    Glendale, California 91203

    Block, Inc.
    Attention: Office of the General Counsel
    1955 Broadway, Suite 600
    Oakland, California 94612

    CFG Merchant Solutions, LLC
    32 Old Slip, Suite 600
    New York, New York 10005

    Shopify Inc.
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

    American Arbitration Association
    Attention: Kristen Darrow, Case Filing Specialist
    120 Broadway, Floor 21
    New York, New York 10271

VIA ELECTRONIC MAIL:

    litigation-paralegals@block.xyz
    DarrowK@adr.org



NOTARY PUBLIC, State of Florida
Printed Name: _Nicole Rivera_
My Commission No.: _HH 734272_
My Commission Expires: _10/23/2029_

[NOTARY SEAL]

NICOLE RIVERA
Notary Public - State of Florida
Commission # HH 734272
My Comm. Expires Oct 23, 2029