```
================================================================
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF FLORIDA
                 ORLANDO DIVISION
================================================================
```

PARIS BACCHUS, individually )
and on behalf of THE FAIRY'S )
ELDERBERRY LLC, )
                             )
       Petitioner, )
                             )  Case No. 6:26-CV-01109-AGM-NWH
    v. )
                             )
BLOCK, INC. (f/k/a Square, )
Inc.) et al., )
                             )
       Respondents. )
                             )

```
================================================================
      CIVIL COVER SHEET (JS-44) SUPPLEMENT
   AND PRO SE FILING COVER LETTER
================================================================
```

TO THE CLERK OF COURT:

     Petitioner Paris Bacchus, individually and on
behalf of The Fairy's Elderberry LLC, respectfully
requests that the Clerk accept the following documents
for filing in the above-captioned new civil action:

         1. Verified Petition to Compel Arbitration and
            for Appointment of Arbitrator Pursuant to
            9 U.S.C. Sections 4 and 5

         2. Declaration of Paris Bacchus in Support of
            Verified Petition (with Exhibits A through P)

         3. Memorandum of Law in Support of Verified
            Petition

         4. Emergency Motion for Expedited Consideration
            and Temporary Restraining Order

         5. Application to Proceed In Forma Pauperis
            Pursuant to 28 U.S.C. Section 1915

         6. Motion to Compel Identification of Counsel
            and for Sanctions for Non-Compliance

         7. ~~Motion for Adverse Inference Instruction and~~
            ~~Sanctions for Spoliation of Evidence~~

         8. ~~Motion for Liberal Construction of Pro~~ Se
            ~~Filings and for Leave to Amend Without~~

*PB* (item 7 handwritten initials)

*PB* (item 8 handwritten initials)

6/1/26

Prejudice

    9.  Civil Cover Sheet (JS 44)

    10. Proposed Order Granting Petition to Compel
        Arbitration and Appointing Neutral Arbitrator

    11. Certificate of Service

    12. This Cover Letter


----------------------------------------------------------------
         CIVIL COVER SHEET INFORMATION
----------------------------------------------------------------

PETITIONER:
     Paris Bacchus, individually and on behalf of
     The Fairy's Elderberry LLC
     260 Loraine Drive, Apartment 107
     Altamonte Springs, Florida 32714
     Telephone: (407) 588-0050
     Email: pariselderbeary19@gmail.com

ATTORNEY FOR PETITIONER: Pro Se (unrepresented)

RESPONDENTS:
     Block, Inc. (f/k/a Square, Inc.)
          1955 Broadway, Suite 600
          Oakland, California 94612

     Square Capital, LLC (d/b/a Square Capital of
     California, LLC)
          1955 Broadway, Suite 815
          Oakland, California 94612

     Square Financial Services, Inc.
          8 East Broadway, Suite 600
          Salt Lake City, Utah 84111
          (FDIC Certificate No. 59177)

     CFG Merchant Solutions, LLC
          32 Old Slip, Suite 600
          New York, New York 10005

     Shopify Inc.
          c/o Corporation Service Company
          251 Little Falls Drive
          Wilmington, Delaware 19808


BASIS OF JURISDICTION:

     [X] 9 U.S.C. Section 4 (Federal Arbitration Act)
     [X] 28 U.S.C. Section 1332 (Diversity of
         Citizenship)
     [X] 28 U.S.C. Section 1331 (Federal Question)


CITIZENSHIP OF PARTIES:

     Petitioner:        Citizen of Florida