Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Middle  District of Florida
### Orlando Division

<table>
<tr><td>

PARIS BACCHUS
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-



BLOCK, INC. (f/k/a Square, Inc.),
SQUARE CAPITAL, LLC,
SQUARE FINANCIAL SERVICES, INC.
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Case No.    6:26-cv-1109-AGM-NWH
_____
*(to be filled in by the Clerk's Office)*


Jury Trial: *(check one)*    ☒ Yes    ☐ No

</td></tr>
</table>

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Paris Bacchus |
| Street Address | 260 Loraine Drive Apt 107 |
| City and County | Altamonte Springs, Seminole |
| State and Zip Code | Florida, 32714 |
| Telephone Number | (407) 588-0050 |
| E-mail Address | pariselderbeary19@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Block, Inc. |
| Job or Title *(if known)* | c/o The Corporation Trust Company |
| Street Address | 1209 Orange Street, Corporation Trust Center |
| City and County | Wilmington, |
| State and Zip Code | Delaware, 19801 |
| Telephone Number | |
| E-mail Address *(if known)* | civil process@squareup.com |

Defendant No. 2

| | |
|---|---|
| Name | Block, Inc. |
| Job or Title *(if known)* | c/o C T Corporation System (Registered Agents) |
| Street Address | 1200 South Pine Island Road |
| City and County | Plantation |
| State and Zip Code | Florida 33324 |
| Telephone Number | |
| E-mail Address *(if known)* | litigation-paralegals@block.xyz |

Defendant No. 3

| | |
|---|---|
| Name | Square Capital of California, LLC |
| Job or Title *(if known)* | d/b/a Square Capital, LLC |
| Street Address | 330 North Brand Boulevard, Suite 700 |
| City and County | Glendale |
| State and Zip Code | California, 91203 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Square Financial Services, Inc. |
| Job or Title *(if known)* | Headquarters |
| Street Address | 8 East Broadway, Suite 600 |
| City and County | Salt Lake City |
| State and Zip Code | Utah, 84111 |
| Telephone Number | |

E-mail Address *(if known)*   litigation-paralegals@block.xyz

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) as there is complete diversity of citizenship between Plaintiff, a citizen and resident of Florida, and Defendants, citizens of Delaware and California, and the amount in controversy exceeds $75,000, exclusive of interest and costs. This Court has personal jurisdiction over Defendants as they transact business within the State of Florida, purposefully avail themselves of the privilege of conducting activities in Florida, and have committed tortious acts within Florida that cause foreseeable injury to Plaintiff in Florida (Burger King Corp. v. Rudzewicz, 471 U.S. 462 (1985)).

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events giving rise to the claim occurred here and Plaintiff resides here.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Paris Bacchus _____ , is a citizen of the State of *(name)*  Florida _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    BLOCK, INC. (f/k/a Square, Inc.)    , is incorporated under
the laws of the State of *(name)*    Delaware    , and has its
principal place of business in the State of *(name)*    California    .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

For Payment Processing Deposits (the $140,929.15 in withheld proceeds Defendants breached the Square Checking Terms [Exhibit C] by failing to deposit $140,929.15 in proceeds owed to Plaintiff, in violation of Section 9 of the Agreement, which mandates transfer of funds within fifteen (15) minutes of authorization of the payment processed through Square Services. For Direct Deposits (ACH transfers): Defendants breached the Square Checking Terms [Exhibit C] by failing to deposit $140,929.15 in proceeds owed to Plaintiff, in violation of Section 9 of the Agreement, which mandates transfer of funds within one to two (1-2) Business Days from the Business Day on which such deposits are received. Note: The document attached distinguishes between Payment Processing Deposits (Section 9): Available within 15 minutes. ACH Direct Deposits (Section 9): Available within 1-2 Business Days

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Block, Inc. (formerly Square, Inc.) processed credit and debit card payments on behalf of Plaintiff The Fairy's Elderberry LLC, a Florida limited liability company owned by Paris Bacchus. From February 2023 through July 2025, Square processed approximately $202,992.80 in customer payments for Plaintiff's elderberry wellness products. Square deposited only $63,682.23 into Plaintiff's Square Checking account and has wrongfully withheld approximately $139,310.57 in proceeds. These withheld funds include customer payments collected by Square from February 2023 through July 2025. Despite Plaintiff's repeated demands beginning in July 2025 after plaintiff collected evidence of what payment amounts were collected by plaintiff's customers, Square has refused to release these funds, preventing Plaintiff from accessing money necessary to operate the business, purchase inventory, and pay for expenses.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For damages according to proof at the time of trial or entry of judgment, plus interest at the legal rate until judgment is entered;2. For an order requiring Defendants to show cause, if any they have, why they should not be enjoined pursuant to the injunctive relief set forth below, during the pendency of this action; and 3. For punitive and exemplary damages. For damages according to proof at the time of trial or entry of judgment, plus interest at the legal rate until judgment is entered. For restitution of all funds acquired by Defendants that belong to Plaintiff, and disgorgement of all profits Defendants' obtained by Defendants' unlawful, unfair, and fraudulent business practices; and That Defendants be required to provide Plaintiff a written accounting to account to Plaintiff for all sums of money withheld or misappropriated from Plaintiff, all interest and profits derived from the investment of such money, and all assets purchased therewith. For a judicial determination that Defendants are obligated to pay to Plaintiff all funds In Defendants' possession, custody, and control that Defendants have received for the use and benefit of Plaintiff. For a temporary restraining order, a preliminary injunction, and a permanent injunction: (i) compelling Defendants to immediately release the seized funds into Plaintiff's merchant account for Plaintiff to access and withdraw without restrictions, (ii) enjoining Defendants, its officers, employees, partners, associates, agents, successors, assigns, or any persons acting on Defendants' behalf from further withholding from Plaintiff any of Plaintiff's payments or funds processed through Square that belong to Plaintiff, or otherwise interfering with Plaintiff's ability to access any amount of the funds that belong to Plaintiff in Defendants' possession, custody or control, other than any fees due and payable from Plaintiff to Defendants, (iii) prohibiting Defendants its officers, employees, partners. Whereforth this court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            06/16/2026

Signature of Plaintiff

Printed Name of Plaintiff        Paris Bacchus

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address