**AFFIDAVIT IN SUPPORT OF MOTION TO REOPEN CASE**

I, Paris Bacchus, being duly sworn, depose and state as follows:

**1. Personal Knowledge and Capacity**

I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently testify thereto. I make this affidavit in support of my Motion to Reopen Case and for Leave to File Belated Disclosures.

**2. Homelessness and Resource Constraints**

I am currently homeless and have been without permanent housing since July 2025. I do not own a vehicle and rely entirely on public transportation or walking to access services. I have no computer, no internet access, and no smartphone capable of legal research or electronic filing. My sole access to legal resources is the public law library located across from the courthouse, which I can only reach by bus or on foot.

**3. Attempt to Comply with Standing Orders**

On June 5, 2026, I received notice from this Court regarding Standing Orders [12] and [13], requiring disclosures regarding litigation funding and artificial intelligence. I understood these requirements and intended to comply fully.

At that time, I was also preparing a Motion for Temporary Restraining Order and Preliminary Injunction due to the imminent dissipation of $191,063.15 in wrongfully withheld merchant proceeds. Believing that efficiency and limited resources required me to batch all filings into a single trip to the law library, I delayed filing the Standing Order disclosures until I could complete the TRO motion.

**4. Circumstances Preventing Timely Compliance**

My batching strategy proved unworkable due to the following circumstances:

a. The law library operates on reduced hours (Monday-Friday, 9:00 A.M. to 5:00 P.M.), and I was unable to secure consistent access;

b. I lack funds for transportation and could not afford daily trips to the library;

c. I was required to prioritize obtaining food and temporary shelter over legal filings;

d. When I did access the library, I had limited time to complete documents before closing.

**5. Immediate Action Upon Learning of Dismissal**

Upon learning that this Court dismissed my case on August 4, 2026, I immediately returned to the law library and completed the required Standing Order disclosures. I have attached these completed disclosures as Exhibit A to my Motion. I have also created a procedural calendar system—using paper and pen, as I have no electronic devices—to track all future deadlines and ensure immediate compliance.

**6. Good Faith and Diligence**

I have acted in good faith throughout this process. I never intended to disregard this Court's orders. My delay resulted from resource constraints and a reasonable, if ultimately unsuccessful, attempt to conserve scarce resources. I have not willfully disobeyed any Court order, nor have I acted in bad faith.

**7. Irreparable Harm if Motion Denied**

If this Motion is denied, I will lose access to critical injunctive relief necessary to preserve $191,063.15 in wrongfully withheld funds. I am homeless, pregnant, and without alternative resources. Dismissal would effectively penalize me for poverty status and deny me access to the courts.

**8. Verification of Truth**

I understand that any false statement in this affidavit subjects me to penalties for perjury. All statements herein are true and correct to the best of my knowledge and belief.

**6. Incident at Law Library and Good Faith Efforts**

On August 3rd 2026, I unintentionally fell asleep at the law library—the only facility providing me access to legal resources and computers. This occurred after 48 hours without sleep due to my homelessness and the urgency of preparing this filing. Library staff appropriately asked me to leave. I have taken full responsibility for this incident and have submitted a written apology to the library administrator, acknowledging that my conduct was inappropriate regardless of my circumstances and thanking them for providing access to justice for pro se litigants. I remain committed to using library resources respectfully and in compliance with all policies. This incident illustrates the severe resource constraints I face in attempting to litigate this matter while homeless and without counsel.

**Ward of State Status and Lack of Safety Net**

I was a ward of the state. I grew up in the foster care system without the family support network that most people rely on when facing crisis. I have no parents to call for help, no family home to return to, no safety net to catch me. These systemic challenges have compounded into barriers that are crippling—barriers I face entirely alone. Without this court case, I have nothing. No business, no home, no resources, and no other path forward. This litigation represents my sole asset and my only chance to secure housing for myself and my son, and to honor my mother's memory by preserving the business she believed in.

- 14 -

**FURTHER AFFIANT SAYETH NAUGHT.**

Signature: _Paris Bacchus_

**Paris Bacchus**

Date: August 5th, 2026

**JURAT**

**STATE OF FLORIDA**

**COUNTY OF SEMINOLE**

BEFORE ME, the undersigned authority, personally appeared **PARIS BACCHUS**, who is personally known to me or who produced Fl Drivir License as identification, and who, being duly sworn, deposes that the foregoing statements are true and correct.

**WITNESS MY HAND AND OFFICIAL SEAL** this ___5___ day of August 2026.

Notary Public Signature: _Nicole Rivera_

Notary Public Name (Printed): _Nicole Rivera_

Commission Number: _HH 734272_

My Commission Expires: _10/23/2029_

[NOTARY SEAL

NICOLE RIVERA
Notary Public - State of Florida
Commission # HH 734272
My Comm. Expires Oct 23, 2029

- 15 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Affidavit was filed with the Clerk of Court via in person on August 5th, 2026.

**Paris Bacchus** *Paris Bacchus 8/5/26*

**EXHIBIT A**
[Standing Order [12] Disclosure - Litigation Funding]
[Standing Order [13] Disclosure - Artificial Intelligence]

Dated Month Day, Year
Signature: _____(sign here) *Paris Bacchus*
By: __(print your name here) Paris Bacchus

Dated: August 5th, 2026

- 16 -