# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARIS BACCHUS,

                                 Plaintiff,

v.

BLOCK, INC., et al.,

                                 Defendants.

CASE NO. 6:26-cv-01109-AGM-NWH

## ORDER REOPENING CASE AND GRANTING LEAVE TO FILE BELATED DISCLOSURES

This matter came before the Court on Plaintiff's Motion to Reopen Case and for Leave to File Belated Disclosures. Having considered the Motion, Memorandum of Law, and applicable authority, the Court finds:

1. Plaintiff has demonstrated excusable neglect under Federal Rule of Civil Procedure 60(b)(1) based on homelessness, lack of resources, and good-faith attempt to comply;

2. The Standing Order disclosures are complete and attached, curing the procedural defect;

3. Dismissal would deny Plaintiff access to critical injunctive relief and penalize poverty;

4. Defendants suffer no prejudice from reopening; and

5. The interests of justice favor resolution on the merits.

**IT IS HEREBY ORDERED:**

1. This case is **REOPENED** and the Clerk shall administratively reopen the file;

- 10 -

2.  The Order of Dismissal entered August 4, 2026, is **VACATED**;

3.  Plaintiff is granted **LEAVE** to file the attached Standing Order [12] and [13] disclosures;

4.  Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **REINSTATED** and shall be heard on [DATE] at [TIME];

5.  Defendants may file a motion for costs within 14 days if they seek sanctions for the belated filing;

6.  This Court retains jurisdiction over this matter.

**SO ORDERED** this ____ day of August 2026.


**Honorable Anne-Leigh Gaylord Moe**

United States District Judge

- 11 -